Submitted on record and appellant's brief August 27, reversed and remanded for new trial October 30, 1991

## GEORGE MICHAEL UMTUCH,
*Appellant,*

*v.*

## BOARD OF PAROLE,
*Respondent.*

(90-C12069, 90-C-12069;
CA A67210 (Control), A67370)
818 P2d 1300

Sally L. Avera, Public Defender, and Stephen J. Bedor, Deputy Public Defender, Salem, filed the brief for appellant.

Virginia L. Linder, Solicitor General, Salem, waived appearance for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

In this *habeas corpus* action,[1] the trial court, on its own motion after the writ was issued, dismissed it before defendant had filed a return. The state has conceded by a letter waiving its appearance that that was error. *Bird v. Maass,* 104 Or App 271, 800 P2d 792 (1990). We accept the concession.

Reversed and remanded for a new trial.

---

[1] There are 2 appellate case numbers, because 2 notices of appeal were filed by different counsel.